# EXHIBIT 2

# DEFENDANT COUNTRYSIDE/KEITH GHANIAN'S AFFIDAVIT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

KELLY M. BRENEISEN and DANIEL ) 
BRENEISEN, individually, and on behalf ) 
of all others similarly situated, ) 
                ) 
        Plaintiffs, ) 
                ) 
v. )   Case No.: 1:20-cv-02867
                ) 
COUNTRYSIDE CHEVROLET/BUICK/ ) 
GMC, INC. ) 
                ) 
        Defendants. ) 

## AFFIDAVIT OF KEITH GHANIAN

I, Keith Ghanian, state that if I were called to testify at an evidentiary hearing, I would competently testify as follows, based on my personal knowledge:

1. I am the President and Principal for the defendant named in the above captioned matter, Countryside Chevrolet/Buick/GMC, Inc. ("Countryside").

2. Countryside is a foreign business corporation organized and existing under the laws of the state of Minnesota, with its principal place of business located in Beaver Dam, Wisconsin.

3. Countryside does not own, maintain, rent, lease or operate any office, facility, or other real estate in Illinois.

4. Countryside does not employ any personnel, agents, officers, or directors who conduct business on its behalf in Illinois.

5. Countryside has no designated agent for service of process in Illinois.

6. Countryside advertises to the general public, but provides no products or services in the state of Illinois.

7. Though Countryside maintains an interactive website that is accessible to the general public, it does not specifically target Illinois residents.

8. Though Countryside advertises both online and through social media, its social media presence and online advertising is public, accessible nationwide, and does not specifically target Illinois residents.

**FURTHER AFFIANT SAYETH NOT.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Keith Ghanian_
Keith Ghanian
President/Principal
Countryside Chevrolet/Buick/GMC, Inc.

Subscribed and Sworn to
Before me this 2nd day
of July, 2020

_Joan Kaufmann_
_____ (seal)

OFFICIAL SEAL
JOAN D KAUFMANN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/24/21