# EXHIBIT 3

# ORDER DISMISSING PLAINTIFF'S CASE FROM NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Kelly M. Breneisen, et al.

                                 Plaintiff,

v.                                                          Case No.: 1:20−cv−02867
                                                                      Honorable John Z. Lee

Countryside Chevrolet/Buick/GMC, Inc.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 6, 2021:

        MINUTE entry before the Honorable John Z. Lee: On 3/15/21, the Court dismissed Plaintiffs' complaint without prejudice under Fed. R. Civ. P. 12(b)(2), with leave to file an amended complaint by 3/29/21. Plaintiffs have not filed an amended complaint or otherwise responded to the Court's order. Accordingly, the complaint is dismissed without prejudice, and the case is closed. Civil case terminated. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.