UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KELLY M. BRENEISEN and DANIEL ) 
BRENEISEN, individually, and on behalf )
of all others similarly situated, )
                                                               )
    Plaintiffs, )
                                                               )
v. ) Case No.: 2:21-cv-00412
                                                               )
COUNTRYSIDE CHEVROLET/BUICK/ )
GMC, INC. )
                                                               )
    Defendant. )

## AFFIDAVIT OF JAMIE S. LANE

STATE OF ILLINOIS    )
                            ) ss
COUNTY OF DUPAGE   )

Jamie S. Lane, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney at SmithAmundsen LLC, and I represent Defendant Countryside Chevrolet/Buick/GMC, Inc. in this matter. I make this affidavit in support of this Defendants' Motion to Dismiss.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's Complaint filed in this Court on March 31st, 2021.

3. Attached as Exhibit 2 is a true and correct copy of Defendant Countryside/Keith Ghanian's Affidavit.

4. Attached as Exhibit 3 is a true and correct copy of the Order Dismissing Plaintiff's case from the Northern District of Illinois, Eastern Division.

Dated this 1st day of June, 2021.

                                                *Jamie S. Lane* (signature)

                                                Jamie S. Lane

Subscribed and sworn to before me
this 1st day of __June__, 2021.

_Joan D Kaufmann_ (signature)
Notary Public, State of Illinois
My Commission expires _____

> OFFICIAL SEAL
> JOAN D KAUFMANN
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:09/24/21

2