# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

KELLY M. BRENEISEN and
DANIEL BRENEISEN,
on behalf of themselves
and all others similarly situated,
      Plaintiff,

  v.                                                   Case No. 21-CV-412

COUNTRYSIDE CHEVROLET/BUICK/GMC INC.,
      Defendants.

___

## ORDER FOLLOWING SCHEDULING CONFERENCE

On February 23, 2022, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1. If the parties have not already done so, they shall comply with Fed. R. Civ. P. 26(a)(1) concerning initial disclosures by March 9, 2022.

2. The parties may join additional parties and amend pleadings without further leave of the court through July 30, 2022.

3. The plaintiff shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before August 31, 2022. The defendant shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before October 31, 2022.

4.   a.    All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than November 30, 2022.

      b.    Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L.R. 37, by including

a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

      c.    All discovery motions and non-dispositive pretrial motions must be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L.R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

5.    a.    Any dispositive motions must be served and filed on or before January 31, 2023.

      b.    All summary judgment motions and briefing thereon must comply with Civil L.R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

6.    The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 23rd day of February, 2022.

                                          s/Lynn Adelman_____
                                          LYNN ADELMAN
                                          United States District Judge